

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00058-CR

_____

**THOMAS DUANE BLANCHARD,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**


_____

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 12-02861-CRF-272

_____

## O R D E R

_____


Appellant's brief is past due. On August 15, 2013, this appeal was abated to the trial court to conduct any necessary hearings and make any necessary rulings, including but not limited to whether appellant wished to continue with his appeal. By a notice of appearance, the Court has been informed that appointed counsel, Mark Maltsburger, was allowed to withdraw and new counsel, Richard E. Wetzel, was appointed to represent Blanchard on appeal.

Accordingly, this appeal is reinstated. New counsel is noted on the Court's Texas Appeals Management and eFiling System. Appellant's brief is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
　　　　Justice Davis, and
　　　　Justice Scoggins
Appeal reinstated
Order issued and filed September 26, 2013